Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone:(559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant JORGE ALEJANDRO ABURTO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 10-353 LJO |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. ) | |
| JORGE ALEJANDRO ABURTO ) | |
| Defendants. ) | NEW DATE: 01/6/2012<br>TIME:  9:00 a.m.<br>JUDGE:  Lawrence J. O'Neill |

It is hereby stipulated by and between the parties hereto that the Sentencing hearing in the above entitled matter now set previously set for October 14, 2011, may be continued to January 6, 2012 at 9:00 a.m.

Good cause exists for the continuance because the plea agreement between the government and Mr. Aburto provides that he is to cooperate with the government, including testifying in the case pending against the co-defendants, which case is scheduled for jury trial December 5, 2011.

```
DATED: September 28, 2011        FLETCHER & FOGDERUDE, Inc.


                                 /s/ Eric K. Fogderude
                                 ERIC K. FOGDERUDE
                                 Attorney for Defendant,
                                 JORGE ALEJANDRO ABURTO


Dated: September 28, 2011        McGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ Karen Escobar

                                 Karen Escobar
                                 Assistant US Attorney
```

**ORDER**

The sentencing hearing in the above-entitled matter is continued to January 6, 2012, at 9:00 a.m. before the Honorable Lawrence J. O'Neill.

IT IS SO ORDERED.

**Dated:   September 28, 2011**            /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE