```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | 1:10-cr-00353 LJO |
| ) | |
| Plaintiff,    ) | STIPULATION AND ORDER THEREON |
| ) | FOR CONTINUANCE |
| v.    ) | |
| ) | |
| JORGE ALEJANDRO ABURTO,    ) | |
| ) | |
| Defendant.    ) | |
| _____) | |

Defendant JORGE ALEJANDRO ABURTO, by and through their his attorney, ERIC K. FOGDERUDE, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby stipulate that his sentencing hearing set for January 9, 2012, be continued to May 21, 2012, at 1:00 p.m. in order to effectuate the terms of his plea agreement.

Dated: January 5, 2012                    Respectfully submitted,


                                          BENJAMIN B. WAGNER
                                          United States Attorney

```
                            By:   /s/ Karen A. Escobar
                                  KAREN A. ESCOBAR
                                  Assistant U.S. Attorney


Dated: May 5, 2011                /s/ Eric K. Fogderude
                                  ERIC K. FOGDERUDE
                                  Attorney for Defendant
                                  JORGE ALEJANDRO ABURTO
```

**O R D E R**

The sentencing hearing currently set in this matter for January 9, 2012, at 1:00 p.m., shall be continued to May 21, 2012, at 1:00 p.m.   Good Cause has been stated.

IT IS SO ORDERED.

**Dated:   January 6, 2012**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE