HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JORGE ALEJANDRO ABURTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>  Plaintiff,<br><br>  v.<br><br>**JORGE ALEJANDRO ABURTO,**<br><br>  Defendant. | No.  Cr. F 10-353 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable LAWRENCE J. O'NEILL |

Defendant, JORGE ALEJANDRO ABURTO by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On May 21, 2012, this Court sentenced Mr. Aburto to a term of 80 months imprisonment;

3. His total offense level was 23, his criminal history category was IV, the resulting guideline range was 70 to 87 months;

4. The sentencing range applicable to Mr. Aburto was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Aburto's total offense level has been reduced from 23 to 21, and his amended guideline range is 57 to 71 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Aburto's term of imprisonment to 67 months.

Respectfully submitted,

| | |
|---|---|
| Dated:  February 25, 2015 | Dated:   February 25, 2015 |
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Kathleen A. Servatius*<br>KATHLEEN A. SERVATIUS<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>JORGE ALEJANDRO ABURTO |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Aburto is entitled to the benefit Amendment 782, which reduces the total offense level from 23 to 21, resulting in an amended guideline range of 57 to 71 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2012 is reduced to a term of 67 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Aburto shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   **February 26, 2015**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE