AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

United States of America
v.
JORGE ALEJANDRO ABURTO

Case No: 1:10-CR-00353-002 LJO

USM No: 65201-097

Date of Original Judgment: 05/21/2012
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

David M. Porter, Assistant Federal Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 80 months **is reduced to** 67 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 05/21/2012 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 03/17/2015

/s/ Lawrence J. O'Neill
*Judge's signature*

Effective Date: 11/01/2015    Honorable Lawrence J. O'Neill, District Court Judge